**E-FILED**
Monday, 19 May, 2008  03:41:55 PM
Clerk, U.S. District Court, ILCD

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

DANIELLE N. PERRY

**SUMMONS IN A CIVIL ACTION**

V.

DAVID LEWIS, DALE GHIBAUDY, and
THE VILLAGE OF BELGIUM, a municipal
corporation

CASE NUMBER:   08-CV-2070

TO: (Name and address of Defendant)

Village of Belgium
Service on Village Clerk
Harriett Nelk
5 Danville Street
Westville, Illinois 61883

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Phebus
Phebus & Koester
Post Office Box 1008
136 West Main Street
Urbana, Illinois  61801

an answer to the complaint which is served on you with this summons, within _____ XXX 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

| s/ Pamela E. Robinson | May 19, 2008 |
|---|---|
| CLERK | DATE |

s/ M. Talbott

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Central  | District of | Illinois |
|---|---|---|

DANIELLE N. PERRY

V.

DAVID LEWIS, DALE GHIBAUDY, and
THE VILLAGE OF BELGIUM, a municipal
corporation

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08-CV-2070

TO: (Name and address of Defendant)

David Lewis
2026 King Street
Danville, Illinois 61832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Phebus
Phebus & Koester
Post Office Box 1008
136 West Main Street
Urbana, Illinois  61801

an answer to the complaint which is served on you with this summons, within _____ XX20X  20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| s/ Pamela E. Robinson | May 19, 2008 |
|---|---|
| CLERK | DATE |
| s/ M. Talbott | |
| (By) DEPUTY CLERK | |

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

DANIELLE N. PERRY

### SUMMONS IN A CIVIL ACTION

V.

DAVID LEWIS, DALE GHIBAUDY, and
THE VILLAGE OF BELGIUM, a municipal
corporation

CASE NUMBER:   08-CV-2070

TO: (Name and address of Defendant)

Dale Ghibaudy
17769 E. 1200 North Road
Westville, Illinois 61883

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Phebus
Phebus & Koester
Post Office Box 1008
136 West Main Street
Urbana, Illinois  61801

an answer to the complaint which is served on you with this summons, within _____ X̶2̶0̶X̶  20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ Pamela E. Robinson                                        May 19, 2008

CLERK                                                                  DATE

s/ M. Talbott

(By) DEPUTY CLERK