2:08-cv-02070-MPM-DGB    # 3    Page 1 of 2
2:08-cv-02070-MPM-DGB    2    Page 1 of 3

E-FILED
Tuesday, 10 June, 2008 09:46:22 AM
Clerk, U.S. District Court, ILCD

E-FILED
Monday, 19 May, 2008 03:41:55 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

DANIELLE N. PERRY

V.

DAVID LEWIS, DALE GHIBAUDY, and
THE VILLAGE OF BELGIUM, a municipal
corporation

SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08-CV-2070

TO: (Name and address of Defendant)

Village of Belgium
Service on Village Clerk
Harriett Nelk
5 Danville Street
Westville, Illinois 61883

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Phebus
Phebus & Koester
Post Office Box 1008
136 West Main Street
Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within _____XXX 20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Pamela E. Robinson                              May 19, 2008
_____              _____
CLERK                                           DATE

s/ M. Talbott
_____
(By) DEPUTY CLERK

|  |  | Service and return..................................................$_____ |
|---|---|---|
| SHERIFF'S FEES | ) | Miles.............................................................................$_____ |
|  | ) | Total.............................................................................$_____ |

W. PATRICK HARTSHORN

Sheriff of ___VERMILION___ County

I certify that I served this summons on defendant(s) as follows:

(a)--(Individual defendants -- personal):

(The officer or other person making service shall ( a ) identify as to sex, race and approximate age of the defendant with whom he left the summons, and ( b ) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

Harriett J. Nelk    F/W 04/18/50
5 Danville St.
Westville, IL 61883
                                                05/31/08  1640

( b ) -- (Individual defendant(s) -- abode):

By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service shall ( a ) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and ( b ) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing address | Date of mailing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

( c ) -- (Corporation defendants)

By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(d) - (Other Service):

___W. PATRICK HARTSHORN___ Sheriff of ___VERMILION___ County
By: _____ #30
        (Deputy)