AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

DANIELLE N. PERRY

V.

DAVID LEWIS, DALE GHIBAUDY, and
THE VILLAGE OF BELGIUM, a municipal
corporation

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08-CV-2070

TO: (Name and address of Defendant)

Dale Ghibaudy
17769 E. 1200 North Road
Westville, Illinois 61883

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Phebus
Phebus & Koester
Post Office Box 1008
136 West Main Street
Urbana, Illinois  61801

an answer to the complaint which is served on you with this summons, within _____ XXX 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Pamela E. Robinson                    May 19, 2008
_____       _____
CLERK                                    DATE

    s/ M. Talbott
_____
(By) DEPUTY CLERK

SHERIFF'S FEES )  Service and return..................................................$_____
                )  Miles................................................................$_____
                )  Total...............................................................$_____
                                                                                          $_____

W. PATRICK HARTSHORN

Sheriff of ____VERMILION_____ County

I certify that I served this summons on defendant(s) as follows:

(a)--(Individual defendants -- personal):
(The officer or other person making service shall ( a ) identify as to sex, race and approximate age of the defendant with whom he left the summons, and ( b ) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

Dale Ghibaudy    M/W   03/29/62
17769 E. 1200 N
Westville, IL 61883

5/31/08  1651 hrs

( b ) -- (Individual defendant(s) -- abode):
By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service shall ( a ) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and ( b ) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant          Mailing address           Date of mailing

( c ) -- (Corporation defendants)
By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant corporation     Registered agent, officer or agent    Date of service

(d) - (Other Service):

W. PATRICK HARTSHORN   Sheriff of VERMILION County
BY: _____
       (Deputy)                        #130