AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

DANIELLE N. PERRY

V.

DAVID LEWIS, DALE GHIBAUDY, and
THE VILLAGE OF BELGIUM, a municipal
corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-2070

TO: (Name and address of Defendant)

David Lewis
2026 King Street
Danville, Illinois 61832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Phebus
Phebus & Koester
Post Office Box 1008
136 West Main Street
Urbana, Illinois  61801

an answer to the complaint which is served on you with this summons, within _____xx20xx  20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Pamela E. Robinson                           May 19, 2008
CLERK                                           DATE

s/ M. Talbott
(By) DEPUTY CLERK

**SHERIFF'S FEES**         {Service and Return..............$_____
                           {Miles_____ .....................$_____
                           {Total..................................$_____

## W. PATRICK HARTSHORN
### Sheriff of VERMILION County

I certify that I served this citation on defendants as follows:
(A) – (Individual Defendants – Personal):

The officer or other person making service, shall (a) identify as to sex, race, and approximate age of the defendant with whom he left the citation, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the citation was left with the defendant.

DAVID L. LEWIS M/W 01/04/62
2 E. South ST. "T" Block Danville, IL
06/03/08 @ 1544 hours

(B) – (Individual Defendants – Abode):
   By leaving a copy at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the citation. (The officer or other person making service, shall (a) identify as to the sex, race, and approximate age of the person, other than the defendant, with whom he left the citation and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the citation was left with such person.

_____
_____

and also by sending a copy of the citation in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:
   Name of Defendant         Mailing Address         Date of Mailing
_____
_____

(C) – (Corporation Defendants):
   By leaving a copy with the registered agent, officer, or agent of each defendant corporation, as follows:
   Defendant Corporation    Registered Agent or Officer    Date of Service
_____
_____

(d) – (Other Service):
_____
_____

### W. PATRICK HARTSHORN, Sheriff of VERMILION County

By: _Sgt. M.P. Hatch #124_____, Deputy