05483-R8525
G:\25\R8525\R8525PMD 001
JCK:tlp

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DANIELLE N. PERRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) No.: 08-cv-2070 |
| | ) |
| DAVID LEWIS, DALE GIBALDY, and | ) |
| THE VILLAGE OF BELGIUM, a municipal | ) |
| corporation, | ) |
| | ) |
|     Defendants. | ) |

### MOTION OF DEFENDANTS GIBALDY AND THE VILLAGE OF BELGIUM TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME the Defendants, DALE GIBALDY and THE VILLAGE OF BELGIUM, a municipal corporation, by JAMES C. KEARNS of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and for their Motion to Dismiss the Complaint of the Plaintiff, DANIELLE N. PERRY, state as follows:

    1. That Counts 2 and 3 of the Plaintiff's Complaint are those counts directed against these Defendants.

    2. That Count 2 is a claim against Defendant DALE GIBALDY in his official capacity as the Chief of Police of the Village of Belgium, Illinois; the counts also are addressed to the VILLAGE OF BELGIUM.

    3. That both Defendants DALE GIBALDY and THE VILLAGE OF BELGIUM, according to the allegations of the Complaint and by their status, are properly entitled to invoke the provisions of the Illinois Tort Immunity Act, 745 ILCS 10/8-101(a).

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4. That by the language of the Complaint, the causes of action against Defendants DALE GIBALDY and THE VILLAGE OF BELGIUM were brought more than one year after the incidents alleged. Therefore, the Plaintiff cannot recover against either of these Defendants.

WHEREFORE, the Defendants, DALE GIBALDY and THE VILLAGE OF BELGIUM, a municipal corporation, pray that this Court dismiss with prejudice the Complaint of the Plaintiff, DANIELLE N. PERRY.

    s/ James C. Kearns
Attorney for Defendants
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joseph W. Phebus
Ms. Elizabeth Holder
Phebus & Koester
136 W. Main St.
Urbana, IL 61801-2797

Mr. James D. Spiros
Ms. Karen Wall
Spiros & Wall, P.C.
2807 North Vermilion Street, Suite 3
Danville, IL 61832

    s/ James C. Kearns
Attorney for Defendants
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060