05483-R8525
G:\25\R8525\R8525EOA 002
JCK:tlp

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DANIELLE N. PERRY, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 08-cv-2070 |
| DAVID LEWIS, DALE GIBALDY, and THE VILLAGE OF BELGIUM, a municipal corporation, | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COME BRIAN M. SMITH of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendants, DALE GIBALDY and THE VILLAGE OF BELGIUM, a municipal corporation.

Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

                                        DALE GIBALDY and THE VILLAGE OF
                                        BELGIUM, a municipal corporation, Defendants

                                        s/ Brian M. Smith
                                        Attorney for Defendants
                                        Heyl, Royster, Voelker & Allen
                                        Suite 300, 102 E. Main Street
                                        P.O. Box 129
                                        Urbana, IL 61803-0129
                                        217-344-0060 Phone
                                        217-344-9295 Fax
                                        E-mail: bsmith@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joseph W. Phebus
Ms. Elizabeth Holder
Phebus & Koester
136 W. Main St.
Urbana, IL 61801-2797

Mr. James D. Spiros
Ms. Karen Wall
Spiros & Wall, P.C.
Suite 3
2807 North Vermilion Street
Danville, IL  61832

                                           s/ Brian M. Smith
                                           Attorney for Defendants
                                           Heyl, Royster, Voelker & Allen
                                             Suite 300, 102 E. Main Street
                                             P.O. Box 129
                                             Urbana, IL 61803-0129
                                             217-344-0060 Phone
                                             217-344-9295 Fax
                                             E-mail: bsmith@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060