UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIELLE N. PERRY, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) ) Cause No. 08-CV-2070 |
| DAVID LEWIS, DALE GIBALDY, and THE VILLAGE OF BELGIUM, a municipal corporation, | ) ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS GIBALDY AND VILLAGE OF BELGIUM'S MOTION TO DISMISS**

NOW COMES Plaintiff Danielle N. Perry by her attorneys, Joseph Phebus and Elizabeth Holder of Phebus & Koester, and James Spiros and Karen Wall of Spiros & Wall, and move for leave of court to file instanter Plaintiff's Memorandum of Law in Opposition to Defendants Gibaldy and Village of Belgium's Motion to Dismiss, which was previously filed with Plaintiff's Memorandum of Law in Support of Leave to Amend Complaint, as one document, and in support thereof states:

    1.    Plaintiff filed her Motion to Amend on July 7, 2008.

    2.    On July 8, 2008, Plaintiff filed her "Memorandum of Law in Opposition to Defendants Gibaldy and Village of Belgium's Motion to Dismiss and in Support of Plaintiff's Motion for Leave to Amend her March 14, 2008 Complaint."

    3.    Plaintiff acknowledges that it was clerical error for the portion of the Memorandum of Law specifically addressing her opposition to Defendant's Motion to Dismissal to have been filed on July 8, 2008.

    4.    Plaintiff asserts, however, that the Defendants were not prejudiced in any appreciable way by this miniscule delay.

1

5.  In particular, because no reply to a response is permitted under local rule, Defendants cannot claim to have been prejudiced in the production of a reply.

6.  Likewise, the lack of any appreciable prejudice stemming from this one-day delay in the filing of a portion of the Memorandum is made clear by the fact that Defendants, despite filing a Response to Plaintiff's Motion to Amend, did not file a motion to strike any portion of Plaintiff's Memorandum.

7.  Furthermore, it should be noted that Plaintiff's Opposition to Defendants Gibaldy and Village of Belgium's Motion to Dismiss is premised upon the existence of implied federal discrimination claims within Plaintiff's Complaint, which have not been acknowledged by Defendants. Thus, the portion of Plaintiff's Memorandum addressing Plaintiff's opposition to dismissal may be fairly read as simply offering further support for her Motion for Leave to Amend.

8.  Finally, it is not contested that the portion of the Memorandum of Law addressing Plaintiffs' Motion for Leave to Amend was timely filed.

WHEREFORE, Plaintiff Danielle N. Perry prays this Honorable Court grant her leave to file instanter the portion of Plaintiff's Memorandum of Law, previously filed on July 8, 2008, entitled Plaintiff's Opposition to Defendants Gibaldy and Village of Belgium's Motion to Dismiss.

        DANIELLE N. PERRY, Plaintiff, by her
        attorneys, PHEBUS & KOESTER

By:    s/Joseph W. Phebus
      JOSEPH W. PHEBUS
      PHEBUS & KOESTER
      136 West Main Street
      Urbana, Illinois  61801
      (217) 337-1400
      *jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James C. Kearns
>Heyl, Royster, Voelker & Allen
>Suite 300, 102 East Main Street
>P.O. Box 129
>Urbana, Illinois 61803-0129
>Telephone: (217) 344-0060
>Fax: (217) 344-9295
>E-mail: *jkearns@hrva.com*
>*Counsel for Defendants Gibaldy and Village of Belgium*
>
>Brian M. Smith
>Heyl, Royster, Voelker & Allen
>Suite 300, 102 East Main Street
>P.O. Box 129
>Urbana, Illinois 61803-0129
>Telephone: (217) 344-0060
>Fax: (217) 344-9295
>E-mail: *bsmith@hrva.com*
>*Counsel for Defendants Gibaldy and Village of Belgium*
>
>Steven L. Blakely
>Acton & Snyder, LLP
>11 East North Street
>Danville, Illinois 61832
>Telephone: (217) 442-0350
>Fax: (217) 442-0335
>E-mail: *sblakely@acton-snyder.com*
>*Counsel for Defendant Lewis*
>
>James D. Spiros
>Spiros & Wall
>2807 North Vermilion Street, Suite 3
>Danville, Illinois 61832
>Telephone: (217) 443-4343
>Fax: (217) 443-4545
>E-mail: *jspiros@spiroswall.com*
>*Co-counsel for plaintiff*
>
>Karen E. Wall
>Spiros & Wall
>2807 North Vermilion Street, Suite 3
>Danville, Illinois 61832
>Telephone: (217) 443-4343
>Fax: (217) 443-4545
>E-mail: *kwall@spiroswall.com*
>*Co-counsel for plaintiff*

                                                         s/    J.W. PHEBUS  
                                                              J. W. PHEBUS  
                                                              Attorney for Plaintiff  
                                                              PHEBUS & KOESTER  
                                                             136 West Main Street  
                                                             Urbana, Illinois 61801  
                                                             Telephone: (217) 337-1400  
                                                             Fax: (217) 337-1607  
                                                             *jwphebus@phebuslaw.com*

*f:\docs\joe\belgium\motion leave file inst op mo dismiss.doc*