05483-R8525
BMS/dkl
G:\25\R8525\R8525PMI 002

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIELLE N. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 08-cv-2070 |
| | ) | |
| DAVID LEWIS, DALE GIBALDY, and | ) | |
| THE VILLAGE OF BELGIUM, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO PETITIONER'S, AUDREY WHITE, PETITION FOR LEAVE TO JOIN

NOW COME the Defendants, DALE GHIBAUDY, incorrectly designated as DALE GIBALDY, and THE VILLAGE OF BELGIUM, a municipal corporation, by JAMES C. KEARNS of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and respectfully submit this Response to Petitioner's, Audrey White, Petition for Leave to Join, and in support thereof, states as follows:

**I.     INTRODUCTION**

On March 14, 2008, Plaintiff, DANIELLE N. PERRY, filed her Complaint against David Lewis, Dale Ghibaudy, and the Village of Belgium. On June 20, 2008, Defendants Dale Ghibaudy and the Village of Belgium filed a Motion to Dismiss Ms. Perry's Complaint on the basis that the claims directed against the Defendants are barred by the applicable statute of limitations. On July 7, 2008, Plaintiff Perry sought leave to file an Amended Complaint. On that same day, Petitioner Audrey White filed a Petition for Leave to Join as a Plaintiff in this matter pursuant to Fed. R. Civ.

**HEYL ROYSTER VOELKER & ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

P. 20. Petitioner attached her proposed Complaint which seeks to assert Section 1983 claims against Defendant David Lewis, as well Section 1983 claims against Defendants Dale Ghibaudy and the Village of Belgium for alleged failures to train and supervise. As set forth herein, joinder of Plaintiff Perry's and Petitioner White's claims is improper as the claims do not arise out of the same transaction, occurrence, or series of transactions or occurrences.    **II.    ARGUMENT**

**A.    Petitioner Audrey White's claims do not rise out of the same transaction, occurrence, or series of transactions or occurrences and therefore joinder is improper.**

"Persons may join in one action as plaintiffs: (A) if they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any questions of law or facts common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20(a)(1)(A)-(B). Rule 20's same "series of transactions or occurrences" requirement is not satisfied merely because two plaintiffs allege they were sexually assaulted by the same person under similar underlying facts. *See Papagiannis v. Pontikis*, 108 F.R.D. 177, 179 (N.D. Ill. 1985) ("[T]he situation also does not present the 'same . . . series of transactions or occurrences,' for that characterization does not fairly apply to two victims' wholly separate encounters with a confidence man simply because he follows the same routine in cheating each of them.") As with *Papagiannis*, Plaintiff Perry's and Petitioner White's claims allege similar conduct from David Lewis, but like *Papagiannis*, both claims are based on wholly separate incidents, without any allegations linking the two plaintiffs, and each claim necessarily requires individualized proof. Thus, joinder under Rule 20(a) is improper.

In this case, Plaintiff Danielle Perry's and Petitioner Audrey White's claims arise out of separate incidents of alleged sexual assault and battery by Defendant Lewis. In Ms. Perry's original Complaint, she alleges that on March 17, 2006, she was stopped by Defendant David Lewis, while

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

in police uniform and operating a Village of Belgium police car, and that during this stop Lewis sexually assaulted and battered her.  (Compl. ¶¶ 16, 18).  Petitioner Audrey White, in her proposed Complaint, alleges that on December 23, 2006, David Lewis came to her home and drove her to a secluded area where he sexually assaulted her.  (Proposed Am. Compl., White's Claims ¶¶ 20, 24, 28).  While these allegations share some similarities, the allegations of sexual assault occurred on two separate occasions, wholly independent of one another, separated in time by over nine months, for which liability is necessarily controlled by individualized proof.

As set forth above, the mere fact that each Plaintiff alleges she was sexually assaulted by David Lewis is not in itself sufficient to establish that Audrey White's claims arise out of the same series of occurrences as the claims of Danielle Perry.  Therefore, Petitioner Audrey White's Petition for Leave to Join should be denied.

> **B.**    **In the event this Court decides to grant Petitioner Audrey White's Petition for Leave to Join Pursuant to Fed. R. Civ. P. 20(a), these claims should be severed for purposes of trial to prevent prejudice to Defendants Ghibaudy and the Village of Belgium.**

"The Court may issue orders, including an order for separate trials, to protect a party against embarrassment, delay, expense, or other prejudice that arises from including a person against whom the party asserts no claim and who asserts no claim against the party."  Fed. R. Civ. P. 20(b).

In this case, Plaintiff Perry has alleged time barred state law claims against Defendants Ghibaudy and the Village of Belgium.  (Defendants' Gibaldy and the Village of Belgium Mot. to Dismiss).  Perry has asserted no valid claims against these Defendants and therefore it would prejudice Chief Ghibaudy and the Village of Belgium to have one jury hear both Petitioner White's Section 1983 claims against them, to the extent she has any such valid claims, alongside Perry's claims made solely against David Lewis.  Even if this Court grants Perry leave to amend her complaint to add *Monell* claims against Chief Ghibaudy and the Village of Belgium a joint trial

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

would still be prejudicial as any such claims require that Perry and White individually prove up their allegations. Therefore, to the extent that joinder is permitted, the claims should be severed for trial purposes.

        **C.**      **While joinder of claims is improper, Defendants Ghibaudy and the Village of Belgium have no objection to consolidating Perry's case with White's, were she to file a lawsuit, for discovery purposes only.**

As outlined above, Audrey White's Petition for Leave to Join should be denied. However, if Audrey White chooses to file an independent lawsuit, Defendants Ghibaudy and the Village of Belgium have no objection to consolidating her case with Perry's for discovery purposes only.

WHEREFORE, the Defendants, DALE GHIBAUDY, incorrectly designated as DALE GIBALDY, and the VILLAGE OF BELGIUM, a municipal corporation, pray that this Court deny Petitioner's, Audrey White, Petition for Leave to Join, or in the alternative, sever these claims for trial.

                                      DALE GHIBAUDY, incorrectly designated as
                                        DALE GIBALDY, and THE VILLAGE OF
                                        BELGIUM, a municipal corporation, Defendants

                                        s/ James C. Kearns
                                        Attorney for Defendants
                                        Heyl, Royster, Voelker & Allen
                                        Suite 300
                                        102 E. Main Street
                                        P.O. Box 129
                                        Urbana, IL 61803-0129
                                        217-344-0060 Phone
                                        217-344-9295 Fax
                                        E-mail: jkearns@hrva.com

**HeylRoyster**
**Voelker**
**&Allen**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joseph W. Phebus
Ms. Elizabeth Holder
Phebus & Koester
136 W. Main St.
Urbana, IL 61801-2797

Mr. James D. Spiros
Ms. Karen Wall
Spiros & Wall, P.C.
Suite 3
2807 North Vermilion Street
Danville, IL  61832

Mr. Steven L. Blakely
Acton & Snyder
11 East North Street
Danville, IL  61832

s/ James C. Kearns
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060