05483-R8525
JCK/njk
G:\25\R8525\R8525PMI 001

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIELLE N. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 08-cv-2070 |
| | ) | |
| DAVID LEWIS, DALE GIBALDY, and | ) | |
| THE VILLAGE OF BELGIUM, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by James Spiros of Spiros & Wall, Defendant David Lewis being represented by Steven L. Blakely of Acton & Snyder, and Defendants Village of Belgium and Dale Ghibaudy, represented by James C. Kearns of Heyl, Royster, Voelker & Allen. Counsel conversed on August 13, 2008, for the purpose of formulating a proposed discovery calender for consideration by the Court. The following are dates which counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to Fed. R. CIV. P. 26(a)(1) by September 15, 2008.

2. The deadline for amendment of pleadings is January 15, 2010.

3. The deadline for joining additional parties is August 15, 2009.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

4. Plaintiff shall disclose experts and provide expert reports by April 15, 2009. Plaintiff shall make any such experts available for deposition by June 15, 2009.

5. Defendant shall disclose experts and provide expert reports by August 15, 2009. Defendant shall make any such experts available for deposition by October 15, 2009.

6. Discovery shall be modified as follows: N/A.

7. All discovery, including depositions of experts, is to be completed by January 15, 2010.

8. The deadline for filing cases dispositive motions shall be January 15, 2010.


/s/ James Spiros            , Plaintiff
Spiros & Wall


/s/ Steven L. Blakely       , Defendant David Lewis
Acton & Snyder


/s/ James C. Kearns         , Defendant Dale Ghibaudy
and Village of Belgium

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joseph W. Phebus
Ms. Elizabeth Holder
Phebus & Koester
136 W. Main St.
Urbana, IL 61801-2797

Mr. James D. Spiros
Ms. Karen Wall
Spiros & Wall, P.C.
Suite 3
2807 North Vermilion Street
Danville, IL  61832

Mr. Steven L. Blakely
Acton & Snyder
11 East North Street
Danville, IL  61832

                                                              s/ James C. Kearns
                                                              Attorney for Defendants
                                                              Heyl, Royster, Voelker & Allen
                                                              Suite 300
                                                              102 E. Main Street
                                                              P.O. Box 129
                                                              Urbana, IL 61803-0129
                                                              217-344-0060 Phone
                                                              217-344-9295 Fax
                                                              E-mail: jkearns@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3