# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **DANIELLE N. PERRY,** ) | |
|     **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No. 08-2070 |
| **DAVID LEWIS, et al.,** ) | |
|     **Defendants.** ) | |

# DISCOVERY ORDER

A discovery conference was held **August 13, 2008,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). Plaintiff appeared by Elizabeth S. Holder and James Spiros. Defendant Lewis appeared by Steven L. Blakely. The remaining Defendants appeared by James C. Kearns. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **September 15, 2008.**

2. The deadline for amendment of pleadings is **January 15, 2010.**

3. The deadline for joining additional parties is **August 15, 2009.**

4. Plaintiff shall disclose experts and provide expert reports by **April 15, 2009.** Plaintiff shall make any such experts available for deposition by **June 15, 2009.**

5. Defendants shall disclose experts and provide expert reports by **August 15, 2009.** Defendants shall make any such experts available for deposition by **October 15, 2009.**

6. All discovery, including deposition of experts, is to be completed by **January 15, 2010.**

7. The deadline for filing case dispositive motions shall be **January 15, 2010.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **May 7, 2010, at 9:30 a.m.**

9.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **May 17, 2010, at 9:00 a.m. (approx. 6 days) (Case No. 1).**

ENTER this 19th day of August, 2008.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE