## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **DANIELLE N. PERRY,** ) | |
|         **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No. 08-2070 |
| **DAVID LEWIS, et al.,** ) | |
|         **Defendant.** ) | |

# ORDER

In March 2008, Plaintiff Danielle Perry filed a Complaint (#1) against Defendants David Lewis, Dale Ghibaudy[1], and the Village of Belgium. Federal jurisdiction is based on federal question because one of the claims alleges a violation of constitutional rights pursuant to Section 1983 (42 U.S.C. § 1983).

In July 2008, Petitioner Audrey White filed a Petition for Leave To Join (#13), seeking to join based on Rule 20 of the Federal Rules of Civil Procedure.

Defendants subsequently filed a Response to Petitioner's, Audrey White, Petition for Leave To Join (#18), arguing that Ms. White does not satisfy the requirements for joinder under Rule 20.

Rule 20 states that persons may join in one action as plaintiffs if (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any questions of law or facts common to all plaintiffs will arise in the action. FED. R. CIV. P. 20(a)(1). Based on a proposed amended complaint (#12-2), Plaintiff Perry and Ms. White allege that they were sexually assaulted by Defendant Lewis under somewhat similar conditions but at separate times, specifically March 17, 2006 (Perry), and December 23, 2006 (White).

---

[1]The Court notes that Defendants have stated in a later-filed document that Defendant Ghibaudy was incorrectly designated Dale Gibaldy in earlier filings. *See* #18, p. 1.

The Court agrees that Ms. White's claims do not arise out of the same transaction, occurrence, or series of transactions or occurrences as Ms. Perry's claims; as a result, she does not satisfy the requirements for joinder under Rule 20.  Accordingly, the Court **DENIES** Ms. White's Petition for Leave To Join **(#13)**.

ENTER this 30th day of September, 2008.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE